# Elliott Greenleaf

A Professional Corporation

Elliott Greenleaf & Dean
15 Public Square - Suite 310
Wilkes-Barre, Pennsylvania 18701
Phone: (570) 371-5290 • Fax: (570) 371-5550
www.elliottgreenleaf.com

JOHN G DEAN
EMAIL: JGD@ELLIOTTGREENLEAF.COM

January 10, 2022

**VIA ELECTRONIC COURT FILING**
The Honorable Magistrate Judge William I. Arbuckle
Middle District of Pennsylvania
William J. Nealon Federal Building &
U.S. Courthouse
235 N. Washington Ave.
Scranton, PA 18501

> Re:   **Talanca v. Ashley Borough, et al.,**
> **3:18-CV-02184-ARC**

Dear Magistrate Judge Arbuckle:

As the Court is aware, my firm represents Defendants in the above matter. I am pleased to inform you that the parties have reached an amicable resolution. Accordingly, it is respectfully requested that Your Honor enter a sixty (60) day order and retain jurisdiction pending consummation of the settlement. Thank you for your courtesies. If you have any questions, please do not hesitate to contact me.

Respectfully,

John G. Dean

JGD/ms
cc: Cynthia L. Pollick (via email)
    Peter Moses (via email)

WILKES-BARRE    BLUE BELL    HARRISBURG    SCRANTON    WILMINGTON